1  Joseph M. Sayler – MNBN 388895
   BOLT HOFFER BOYD LAW FIRM
2  2150 Third Avenue N., #350
   Anoka, MN 55303
3  Telephone: (763) 406-7000
   Facsimile: (763) 208-3607
4
   Attorney for Plaintiff
5  ELENA AURORA CRUZ-SANCHEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | ELENA AURORA CRUZ-SANCHEZ, an | CASE NO. CV: 16-6368-MWF
   | individual;                    |
11 |                                |
   |         Plaintiffs,            |
12 |     vs.                        |
   |                                | **PLAINTIFF'S APPLICATION AND**
13 |                                | **PROPOSED ORDER FOR TELEPHONIC**
   | NATIONAL RAILROAD PASSENGER    | **APPEARANCE**
14 | CORPORATION, Individually and dba |
   | AMTRAK, et al.,                |
15 |                                |
   |         Defendants.            |
16

17

18

19

20

21

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23

24     Plaintiff currently has a pending unopposed motion to continue two hearings on November

25 28, 2016, neither counsel for the Railroad Defendants or the Shopping Center Defendants opposes

26 this motion (ECF# 45). Plaintiff, the Railroad Defendants, and the Shopping Center Defendants

27 believe there is good cause to continue that hearing, as the City of Goleta and the State of California

28

have not yet filed an answer and Plaintiff has not been provided with contact information for their counsel.

In the event that this Court is not inclined to grant the motion to continue, Plaintiff Elena Aurora Cruz-Sanchez submits this Application and Proposed Order for telephonic appearance for the two hearings set of November 28, 2016: Hearing on Defendant's 12(b)(6) motion to dismiss set for November 28, 2016 at 10:00 a.m.; and the initial Rule 26 Conference for November 28, 2016 at 11:00 a.m. before Honorable Michael W. Fitzgerald.  Local Counsel for Plaintiff, Ronald Housman, will be physically present at the hearings.  Counsel Robert Pottroff and Joseph Sayler were previously scheduled for appointments on other cases, on November 28, 2016.  Both counsel cannot physically be in Los Angeles, California on the date set.  Because of this, it would cause an undue hardship for both Mr. Pottroff and Mr. Sayler to physically appear for the motions and respectfully request to appear telephonically.  Both can be available by telephone at the time of the scheduled discovery hearing.  Local Counsel for Plaintiff, Ronald Housman, will be physically present at the hearings.

Should this Court be inclined to allow counsel to appear telephonically, counsel will make all necessary arrangements for a telephonic appearance with the Court's courtroom deputy.

DATED: November 28, 2016            By /s/ Joseph M. Sayler_____
                                                                        JOSEPH M. SAYLER
                                                                        Attorney for plaintiff (s)
                                                                        2150 THIRD AVENUE NORTH, SUITE 350
                                                                        ANOKA, MINNESOTA  55303
                                                                        (763) 406-7000